COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER ON MOTION FOR REHEARING

Appellate case name:        Marcy Lerch v. Wilmington Trust NA Successor Trustee for
                            the Merrill Lynch Mortgage Investor Trust Series 2006-HE5

Appellate case number:      01-15-00505-CV

Trial court case number:    15-CCV-054652

Trial court:                County Court at Law No. 1 of Fort Bend County

The panel has voted to deny appellant's motion for reconsideration, construed as a motion for rehearing, of the order, signed on June 11, 2015.

It is ordered that the motion for rehearing is **denied**.

Judge's signature:  /s/ Laura C. Higley
                    ☒ Acting individually     ☐ Acting for the Court

Panel consists of:  Chief Justice Radack and Justices Higley and Massengale

Date:  August 4, 2015